**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| EDWARD McGOWIN,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELVIS PRESLEY ENTERPRISES,<br>INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　No. 2:11-cv-02944-JPM-tmp<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii) (D.E. 14), filed January 11, 2012, and the matter having been resolved,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

January 12, 2012
Date